```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _8/24/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

O.M., on behalf of herself and her minor child, L.P.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; CHANCELLOR DAVID BANKS in his official capacity; and THE CITY OF NEW YORK,

                Defendants.

23 Civ. 4446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

       The Court has reviewed the parties' proposed interim stipulation. ECF No. 22. Paragraph 13 of the proposed interim stipulation states that the Court "retains jurisdiction over this Stipulation and any dispute arising under the Stipulation can be presented to the Court for adjudication." *Id.* ¶ 13. The Court shall not retain jurisdiction over the interim stipulation after termination of the case. Accordingly, by **August 31, 2023**, the parties shall file a revised proposed interim stipulation.

       SO ORDERED.

Dated: August 24, 2023
       New York, New York

                                                ANALISA TORRES
                                        United States District Judge