```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```

O.M., on behalf of herself and her minor child, L.P.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; CHANCELLOR DAVID BANKS in his official capacity; and THE CITY OF NEW YORK,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _09/21/2023_
```

23 Civ. 4446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The Court will hold a preliminary injunction hearing via videoconference on **September 26, 2023**, at **10:30 a.m.**

    By **September 25, 2023**, at **12 p.m.**, the parties are directed to file a joint letter providing a status update as to their efforts to locate a feeding therapist and to resolve this matter without court intervention.

    To optimize the quality of the video feed, only the Court, the parties, and counsel for both parties may appear by video for the proceeding; all others may participate by telephone. Co-counsel, members of the press, and the public may access the audio feed of the hearing by calling (888) 398-2342 or (215) 861-0674 at the time of the hearing, and entering access code 5598827.

    SO ORDERED.

Dated: September 21, 2023
       New York, New York

                                                      ANALISA TORRES
                                               United States District Judge