UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
O.M. et al.,

        Plaintiffs,

  -v.-

NEW YORK CITY DEPARTMENT OF
EDUCATION et al.,

        Defendants.
-------------------------------------------------------------X

ORDER

23 Civ. 4446 (AT) (GWG)

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

    Per the Court's discussion with the parties, the date and time of the settlement conference is adjourned to Tuesday, June 25, 2024, at 2:30 p.m. in Courtroom 519, 40 Centre Street. All other provisions of Docket # 71 remain in effect. Submissions due June 18, 2024.

    SO ORDERED.

Dated: May 20, 2024
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge