```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/8/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----
O.M. on behalf of herself and her minor child, L.P.,

                Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF EDUCATION; THE BOARD OF EDUCATION OF THE CITY SCHOOL DISTRICT OF THE CITY OF NEW YORK; CHANCELLOR DAVID BANKS in his official capacity; and THE CITY OF NEW YORK,

                Defendants.
-----

23 Civ. 4446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

      Plaintiffs request that the Court consolidates this action with *J.Z. v. New York City Department of Education*, No. 23 Civ. 9779, because both cases allege that Defendants have failed to implement pendency services, particularly with regard to feeding therapy. ECF No. 89 at 1–2; *see* ECF No. 92 (Defendants opposing this request). Federal Rule of Civil Procedure 42 permits, but does not require, consolidation if actions "involve a common question of law or fact." Fed. R. Civ. P. 42(a). The decision to order consolidation is in the Court's discretion. *Johnson v. Celotex Corp.*, 899 F.2d 1281, 1284 (2d Cir. 1990). These actions turn on facts particular to each Plaintiff, such as the contents of their individualized education programs, their individual needs, and their specific administrative proceedings. *See* ECF No. 92 at 3. Accordingly, consolidation is inappropriate, and Plaintiffs' request is DENIED.

      That said, Rule 42 also permits courts to "issue any other orders to avoid unnecessary cost or delay." Because these cases will involve similar discovery, they will both be referred to the same magistrate judge, Judge Gabriel W. Gorenstein, for general pretrial management and to coordinate a common discovery schedule.

      SO ORDERED.

Dated: August 8, 2024
       New York, New York

                                                ANALISA TORRES
                                      United States District Judge