```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/30/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------
O.M. on behalf of herself and her minor child, L.P.,

                      Plaintiffs,

-against-

NEW YORK CITY DEPARTMENT OF
EDUCATION; THE BOARD OF EDUCATION
OF THE CITY SCHOOL DISTRICT OF THE
CITY OF NEW YORK; CHANCELLOR DAVID
BANKS in his official capacity; and
THE CITY OF NEW YORK,

                      Defendants.
--------------------------------------------------------------

23 Civ. 4446 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 18, 2024, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: October 30, 2024
       New York, New York

                                              ANALISA TORRES
                                       United States District Judge